UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL NORRIS,<br><br>Defendant. | No. CR-13-114-FVS-3<br><br>**ORDER ON PLEA**<br><br>**ECF NO. 49 – MOTION DENIED** |

At Defendant's July 24, 2013 arraignment, The Defendant entered pleas of not guilty to all counts.

**IT IS ORDERED** that the pleas of Defendant are received, and the Defendant is bound over for trial before a district judge.

The motion to modify (ECF No 49) is **DENIED**, except to correct the statement that Defendant lives in Denver. His residence shall be Arvada, Colorado.

DATED July 24, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1