1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL NORRIS,

Defendant.

No. CR-13-114-FVS-3

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY**

15    BEFORE THE COURT is Defendant's unopposed Motion to modify the
16 conditions of release by allowing investigator, Timothy J. McCann of TJM
17 Enterprises to transport Defendant to the United States Probation Office and then
18 to the Spokane International Airport after his release from the Spokane County
19 Jail.  The Court has reviewed the reasons for the request.

20    **IT IS ORDERED** that the Motion, **ECF No. 124,** is granted.

21    Defendant shall be released from the Spokane County Jail on **September 5,**
22 **2013, no later than 8:30 a.m.**  Timothy J. McCann is permitted to pick up and
23 then transport Defendant as follows:

24    1.    Mr. McCann shall pick up Defendant and transport Defendant to the
25 United States Probation Office at the United States Courthouse, Spokane,
26 Washington, for a required post-release meeting; and

27    2.    After the meeting, Mr. McCann shall transport Defendant from the
28 Probation Office to the Spokane International Airport for flight to Denver,

ORDER  - 1

1  Colorado.

2       All other terms and conditions of Defendant's release remain in effect.

3       DATED August 28, 2013.

4

5                    _____
                          S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER  - 2